# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| James A. McClellan )<br>*Petitioner* )<br>v. )<br>Warden of Perry Correctional Institution )<br>*Respondent* ) | Civil Action No. 9:19-cv-01228-JMC |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: Petitioner, James A. McClellan, shall take nothing of Respondent, Warden of Perry Correctional Institution, as to the petition filed pursuant to 28 U.S.C. § 2254 and the petition is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable J Michelle Childs, United States District Judge, presiding. The Court having adopted the Report and Recommendation set forth by the Honorable Bristow Marchant, United States Magistrate Judge.

Date: August 30, 2019            *ROBIN L. BLUME, CLERK OF COURT*

                                                                          s/H.Adaway

                                                               *Signature of Clerk or Deputy Clerk*